# EXHIBIT C





**MTG BK 13750 PG 01933 to 01935**
INSTRUMENT # : 2014011087
RECORDED DATE: 02/24/2014 01:56:40 PM

**RECORDER OF DEEDS**
MONTGOMERY COUNTY
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

## OFFICIAL RECORDING COVER PAGE
Page 1 of 3

| | | | |
|---|---|---|---|
| **Document Type:** | Mortgage Assignment | **Transaction #:** | 1 Doc(s) |
| **Document Date:** | 02/10/2014 | **Document Page Count:** | 2 |
| **Reference Info:** | | **Operator Id:** | estaglia |

| | |
|---|---|
| **RETURN TO:** (Simplifile)<br>Nationwide Title Clearing<br>2100 Alternate 19 N<br>Palm Harbor, FL 34683 | **PAID BY:**<br>NATIONWIDE TITLE CLEARING |

**\* PROPERTY DATA:**
Parcel ID #:
Address:          8114 COBDEN RD

                  LAVEROCK  PA
                  19038
Municipality:     Cheltenham Township (100%)
School District:  Cheltenham

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 12422 PG 00863

| | |
|---|---|
| **CONSIDERATION/SECURED AMT:**  301962.00 | MTG BK 13750 PG 01933 to 01935<br>Recorded Date: 02/24/2014 01:56:40 PM |
| **FEES / TAXES:**<br>Recording Fee: Mortgage Assignment  $64.00<br>**Total:**  $64.00 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.<br><br><br><br>Nancy J. Becker<br>Recorder of Deeds |

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Prepared By / Return To:
E.Lance/NTC, 2100 Alt. 19 North,
Palm Harbor, FL 34683
(800)346-9152



MONTGOMERY COUNTY COMMISSIONERS REGISTRY
CHELTENHAM TOWNSHIP
8114 COBDEN RD
TAYLOR KAIMA M                                    $15.00
B 109  L 8  U 008  1101 02/24/2014                    LG

## ASSIGNMENT OF MORTGAGE

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR USA HOME LOANS, INC., CORPORATION, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS PO BOX 2026, FLINT, MI, 48501, (ASSIGNOR), (MERS Address: 1901 E Voorhees Street, Suite C, Danville, IL 61834) by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 04/18/2008, in the amount of $301,962.00, made by KAIMA M. TAYLOR to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR USA HOME LOANS, INC., CORPORATION, recorded on 06/23/2008, in the Office of the Recorder of Deeds of MONTGOMERY County, Pennsylvania, in Book 12422, Page 00863, and/or Document # 2008065058. .
Property is commonly known as: 8114 COBDEN RD TWP. OF CHELTENHAM, GLENSIDE, PA 19038.

Dated on 02/10/2014 (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR USA HOME LOANS, INC., CORPORATION, ITS SUCCESSORS AND ASSIGNS

By: *Eboni Stewart*
Eboni Stewart
**ASST. SECRETARY**

STATE OF LOUISIANA   PARISH OF OUACHITA

On __02/10/2014__ (MM/DD/YYYY), before me appeared __Eboni Stewart__., to me personally known, who did say that he/she/they is/are the ASST. SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR USA HOME LOANS, INC., CORPORATION, ITS SUCCESSORS AND ASSIGNS and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

__TOMMIE J. NELSON__
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Tommie J. Nelson
Notary I.D. #067566
Lincoln Parish, Louisiana
Commissioned for Life

Assignment of Mortgage from:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR USA HOME LOANS, INC., CORPORATION, ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS PO BOX 2026, FLINT, MI, 48501, (ASSIGNOR), (MERS Address: 1901 E Voorhees Street, Suite C, Danville, IL 61834)
to:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

Mortgagor: KAIMA M. TAYLOR

When Recorded Return To:
JPMorgan Chase Bank, NA
C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North
Palm Harbor, FL 34683

All that certain lot or piece of ground situated in
Mortgage Premise: 8114 COBDEN RD TWP. OF CHELTENHAM
GLENSIDE, PA 19038
MONTGOMERY
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

I, __Eboni Stewart__, hereby certify that the below information and address for the assignee are correct:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

By: __Eboni Stewart__
__Eboni Stewart__, ASST. SECRETARY

 

**RECORDER OF DEEDS
MONTGOMERY COUNTY**
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

MTG BK 14984 PG 00058 to 00063
INSTRUMENT # : 2020065181
RECORDED DATE: 08/14/2020 02:23:30 PM



**MONTGOMERY COUNTY ROD**

## OFFICIAL RECORDING COVER PAGE
Page 1 of 6

| | | | |
|---|---|---|---|
| **Document Type:** | Mortgage Assignment | **Transaction #:** | - 1 Doc(s) |
| **Document Date:** | 08/03/2020 | **Document Page Count:** | 5 |
| **Reference Info:** | | **Operator Id:** | msanabia |
| **RETURN TO:** (Ingeo) JPMorganChase - eP4  780 Kansas Lane  Monroe, LA 71201 | | **PAID BY:** JPMORGANCHASE - EP4 | |

**\* PROPERTY DATA:**
Parcel ID #:
Address:       8114 COBDEN RD
               LAVEROCK PA
               19038
Municipality:  Cheltenham Township (100%)
School District: Cheltenham

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 12422 PG 00863

| FEES / TAXES: | |
|---|---|
| Recording Fee:Mortgage Assignment | $80.75 |
| Additional Pages Fee | $2.00 |
| **Total:** | **$82.75** |

MTG BK 14984 PG 00058 to 00063
Recorded Date: 08/14/2020 02:23:30 PM

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.



**Jeanne Sorg
Recorder of Deeds**

Rev1 2016-01-29

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION

Prepared By:
PEIRSONPATTERSON, LLP
4400 ALPHA ROAD
DALLAS, TX 75244-4505

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
CHELTENHAM TOWNSHIP
8114 COBDEN RD
TAYLOR KAIMA M                                    $15.00
B 109  L 8  U 008  1101 08/10/2020               JG

After Recording Please Return To:
JPMorgan Chase Bank, N.A.
Collateral Trailing Docs, Chase Recording Center
700 Kansas Lane, RE-MC 8000
Monroe, LA 71203
800-899-9027

_____[Space Above This Line For Recording Data]_____

# PENNSYLVANIA ASSIGNMENT OF MORTGAGE

For Value Received, **JPMorgan Chase Bank, National Association**, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey unto **MidFirst Bank, a Federally Chartered Savings Association**, (herein "Assignee"), whose address is **999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118**, a certain Mortgage dated **April 18, 2008** and recorded on **June 23, 2008**, made and executed by **KAIMA M. TAYLOR**, to and in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., ("MERS") AS NOMINEE FOR USA HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS** upon the following described property situated in **MONTGOMERY** County, Commonwealth of Pennsylvania:
Property Address: **8114 COBDEN RD, GLENSIDE, PA 19038**

**See exhibit "A" attached hereto and made a part hereof.**

such Mortgage having been given to secure payment of **Three Hundred One Thousand Nine Hundred Sixty Two and 00/100ths ($301,962.00)**, which Mortgage is of record in Book, Volume or Liber No. **12422**, at Page **00863-00875** (or as No. **2008065058**), in the Office of the Recorder of Deeds of **MONTGOMERY** County, Commonwealth of Pennsylvania.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on __08/03/2020__.

                Assignor:
                JPMorgan Chase Bank, National Association

By: _____
                MARKEAYA EATON

Its: __VICE PRESIDENT__

Certificate of Residence:

I/We do hereby certify that the precise address of the within named mortgagee, assignee or person entitled to interest is **999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118**.

                **JPMorgan Chase Bank, National Association as assignee or agent for assignee**

By: _____
                MARKEAYA EATON

Its: __VICE PRESIDENT__

## ACKNOWLEDGMENT

State of **Louisiana**           §
                                 §
Parish of **Ouachita**           §

On this **3** day of **August 2020**, before me appeared **MARKEAYA EATON**, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **VICE PRESIDENT**, of **JPMorgan Chase Bank, National Association**, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that **MARKEAYA EATON** acknowledged the instrument to be the free act and deed of the said entity.

_Signature of Officer_

Willie Ann Washington
Printed Name

NOTARY PUBLIC
Title of Officer

(Seal)     My Commission Expires: *Lifetime*

Willie Ann Washington
Ouachita Parish, Louisiana
Lifetime Commision
Notary Public ID#81875

# EXHIBIT A - LEGAL DESCRIPTION

PREMISES A

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, situate in Cheltenham Township, Montgomery County, Pennsylvania, described according to a Survey and Plan made by George B. Mebus, Inc., Engineers, Glenside, Pennsylvania on October 10, 1995, and revised as follows, to wit:-

BEGINNING at a point on the Southwesterly side of Cobden Road (50 feet wide) which point is measured on the arc of a circle curving to the right having a radius of 1025 feet the arc distance of 225.51 feet from a point which point is measured North 71 degrees 43 minutes West 573.26 feet from a point which point is measured on the arc of a circle curving to the left having a radius of 25 feet the arc distance of 37.09 feet from a point on the Northwesterly side of Willow Grove Avenue (60 feet wide); thence extending 30 degrees 53 minutes 20 seconds West 257.08 feet to a point; thence extending North 74 degrees 22 minutes West 166.35 feet to a point; thence extending North 38 degrees 17 minutes East 6.45 feet to a point an angle; thence extending North 43 degrees 01 minute 14 seconds East 251.40 feet to a point on the Southwesterly side of Cobden Road and thence extending the Southwesterly Side of Cobden Road along the arc of a circle, curving to the left having a radius of 1025 feet the arc distance of 100.03 feet the first mentioned point and place of beginning.

PREMISES B

ALL THAT CERTAIN lot or piece of ground, situate in the Township of Cheltenham County of Montgomery and State of Pennsylvania.

BEGINNING at a point, a common rear corner of Lots Nos. 7 and 8 on a Plan if Laverock Manor, Section No. 2, approved by the Board of Township Commissioners of the Township of Cheltenham on September 13, 1955 and recorded in the Office for the recording of Deeds &c., in Norristown Pennsylvania in Plan Book A-2 page No. 73, on October 17, 1955, said point being at the distance of 257.08 feet measured South 30 degrees 53 minutes 20 seconds West from a point on the Southeasterly side of Cobden Road (50 feet wide) last mentioned point being at the arc distance of 225.51 feet measured along the said side of Cobden Road in a Northwesterly direction by a line curving to the right with a radius of 1025 feet from a point of curve; said point of curve being at the distance of 596.17 feet measured North 71 degrees 43 minutes West from a point of intersection which the said Southwesterly side of Cobden Road produced makes with the Northwesterly side of Willow Grove Avenue (60 feet wide) produced; thence from the place of beginning and through land of Casper Wister, South 27 degrees 56 minutes 31 seconds west 68.10 feet to a point a common rear corner of lots Nos. 13 and 14 as shown on a plan of Wetherhill Estates, approved by the Board of Township Commissions or the