United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 23-10830-djb

Charles R Cooper                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 2

Date Rcvd: Nov 21, 2025                     Form ID: pdf900                     Total Noticed: 7

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles R Cooper, 8114 Cobden Road, Laverock, PA 19038-7131 |
| cr | + | American Express National Bank c/o Beckett and Lee, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 22 2025 01:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2025 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Nov 22 2025 01:50:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025                        Signature:            /s/Gustava Winters

District/off: 0313-2                              User: admin                                   Page 2 of 2
Date Rcvd: Nov 21, 2025                           Form ID: pdf900                               Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor American Express National Bank c/o Beckett and Lee LLP andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Charles R Cooper brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CORINNE SAMLER BRENNAN | |
| | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DANIEL P. JONES | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2017-2 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| PAMELA ELCHERT THURMOND | |
| | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| STEVEN K. EISENBERG | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2017-2 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Charles R Cooper | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | | |
| | Moving Party | |
| vs. | | NO. 23-10830 DJB |
| Charles R Cooper | | |
| | Debtor | |
| Kaima M. Taylor | | |
| | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West | | |
| | Trustee | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    As of November 10, 2025, the post-petition arrearage on the mortgage held by Movant on

Debtor's residence is **$34,039.34**. Post-petition funds received after November 10, 2025, will be applied per

the terms of this Stipulation as outlined herein. The arrearage is itemized as follows:

| | |
|---|---|
| Post-Petition Payments: | November 2024 through April 2025 at $2,710.84 each;<br>May 2025 through November 2025 at $2,912.22 each |
| Suspense Balance: | ($2,611.24) |
| **Total Post-Petition Arrears: $34,039.34** | |

2.    The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended

Chapter 13 Plan to include the post-petition arrears of **$34,039.34**.

b). The Parties agree that Movant shall file its late Proof of Claim with $0.00 in pre-petition

arrears and **$34,039.34** in post-petition arrears.

c). Said Proof of Claim is hereby deemed an allowed secured claim, and the Debtor and the

Trustee reserve their right to object to Movant's Proof of Claim.

d). The Parties agree that Movant shall file any late Notices of Mortgage Payment Change

necessary and that the late Notices of Mortgage Payment Change shall have full force and effect as of the

date included as the effective date.

3.      Beginning with the payment due **December 2025** and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of **$2,912.22** (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.      In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(4).

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:    November 12, 2025              /s/ Matthew Fissel
                                        Matthew Fissel, Esq.
                                        Attorney for Movant


Date: November 18, 2025                 /s/ Brad J Sadek
                                        Brad J Sadek
                                        Attorney for Debtor(s)
                                        No Objection - Without Prejudice to Any  Trustee
                                        Rights or Remedies
Date: November 19, 2025                 /s/ LeeAne O. Huggins
                                        Kenneth E. West
                                        Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2025.  However, the Court retains
discretion regarding entry of any further order.

_____

Bankruptcy Judge
Derek J. Baker

**Date: November 21, 2025**