**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Charles R Cooper | : | Chapter 13 |
| | : | Case No.: 23-10830-DJB |
|     Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.


Dated: January 8, 2026                                              /s/ Brad J. Sadek, Esquire
                                                                                                         Brad J. Sadek, Esquire
                                                                                                         Sadek Law Offices, LLC
                                                                                                         1500 JFK Boulevard, Suite #220
                                                                                                         Philadelphia, PA 19102
                                                                                                         brad@sadeklaw.com
                                                                                                         215-545-0008