# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Charles R Cooper | : | Chapter 13 |
| | : | Case No.: 23-10830-DJB |
| Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __115__, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # __117__) is approved.

DATE: **January 16, 2026**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE