# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles R Cooper <br><br> Debtor(s) <br><br> MIDFIRST BANK <br><br> Moving Party <br><br> vs. <br><br> Charles R Cooper <br><br> Debtor <br><br> Kaima M. Taylor <br><br> Co-Debtor <br><br> and Kenneth E. West <br><br> Trustee | Chapter 13 <br><br> NO. 23-10830 DJB <br><br> 11 U.S.C. Sections 362 and 1301 |

## CERTIFICATION OF DEFAULT

I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated February 10, 2026, was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

March 11, 2026

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfissel@kmllawgroup.com