United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 23-10830-djb

Charles R Cooper                                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 167 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles R Cooper, 8114 Cobden Road, Laverock, PA 19038-7131 |
| cr | + | American Express National Bank c/o Beckett and Lee, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Mar 18 2026 01:52:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name                              Email Address**

ANDREW L. SPIVACK

    on behalf of Creditor American Express National Bank c/o Beckett and Lee LLP andrew.spivack@brockandscott.com wbecf@brockandscott.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 17, 2026                       Form ID: 167                              Total Noticed: 5

BRAD J. SADEK
          on behalf of Debtor Charles R Cooper brad@sadeklaw.com
          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

CORINNE SAMLER BRENNAN
          on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

DANIEL P. JONES
          on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2017-2
          djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
          on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
          on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND
          on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

STEVEN K. EISENBERG
          on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2017-2
          seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*Form 167* (1/25)–doc 128 – 127

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Charles R Cooper | ) | Case No. 23–10830–djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Debtor Charles R Cooper's Objection to Certification of Default filed by Creditor MIDFIRST BANK

on: 4/16/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 17, 2026

For The Court

Mohung Wong
Clerk of Court