**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Charles R Cooper | : | Chapter 13 |
| | : | Case No.: 23-10830-DJB |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Second Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: June 2, 2026

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008