**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>　　CHARLES R. COOPER<br>　　　　Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR VELOCITY<br>COMMERCIAL CAPITAL LOAN TRUST<br>2017-2<br>　　　　Movant<br>v.<br>CHARLES R. COOPER<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　Trustee<br>　　　Respondent(s) | Chapter 13<br><br>Case Number: 23-10830-djb |

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF**

I, _____Steve Nicholson_____, declare under penalty of perjury as follows:

I am a qualified representative of Velocity Commercial Capital, ("*Servicer*"), current mortgage servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2017-2 ("*Creditor"*).

1. This Affidavit is provided in support of Creditor's Motion for Relief from Automatic Stay (the "*Motion*").

2. As part of my responsibilities, I have personal knowledge of and am familiar with the types of records maintained by Servicer in connection with the loan that is the subject of the Motion and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Servicer that pertain to the relevant loan and extensions of credit given to Debtor(s) concerning the property securing such loan.

3. The information in this Affidavit is taken from Servicer's business records related to the subject loan, and the records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Servicer's regularly conducted business activities; and (c) it is the regular practice of Servicer to make such records.

4. The Debtor(s), has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note").  Pursuant to that certain Deed of

Trust referenced in the Motion (the "Deed of Trust"), all obligations of the Debtor(s) under and with respect to the Note and the Deed of Trust are secured by the property referenced in the Motion.

5. As of May 31, 2026, Debtor is due for the following payments:

**6. POST-PETITION PAYMENTS IN DEFAULT**

| | |
|---|---|
| Monthly Payments in Default....................... | 04/01/2024 to 07/01/2024 |
| Monthly payments ($3,422.12 x 4) | $13,688.48 |
| Monthly Payments in Default....................... | 08/01/2024 to 12/01/2024 |
| Monthly payments ($3,459.69 x 5) | $17,298.45 |
| Monthly Payments in Default....................... | 01/01/2025 to 01/01/2025 |
| Monthly payments ($3,459.61 x 1) | $3,459.61 |
| Monthly Payments in Default....................... | 02/01/2025 to 07/01/2025 |
| Monthly payments ($3,352.83 x 6) | $20,116.98 |
| Monthly Payments in Default....................... | 08/01/2025 to 12/01/2025 |
| Monthly payments ($3,317.99 x 5) | $16,589.95 |
| Monthly Payments in Default....................... | 01/01/2026 to 01/01/2026 |
| Monthly payments ($3,566.17 x 1) | $3,566.17 |
| Monthly Payments in Default....................... | 02/01/2026 to 05/01/2026 |
| Monthly payments ($3,497.91 x 4) | $13,991.64 |
| Suspense Balance:....................... | ($806.47) |
| Total Amounts Due as of May 31, 2026: | $87,904.81 |

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11th___ day of __June__, 20_26_.

By: _____

Name: __Steve Nicholson_____

Title: __Department Manager/Special Servicing__

Date: __6/11/2026_____