**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    CHARLES R COOPER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR VELOCITY<br>COMMERCIAL CAPITAL LOAN TRUST<br>2017-2<br>        Movant<br>v.<br>CHARLES R COOPER<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-10830-djb |

**MOTION FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO PROPERTY: 1948 SOUTH 65TH STREET , PHILADELPHIA, PA 19142**

U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2, through its Counsel, Stern & Eisenberg PC, respectfully requests the Court grant its Motion for Relief and in support thereof respectfully represents as follows:

1.  Movant is U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2 (hereafter referred to as "Movant").

2.  Debtor(s), Charles R Cooper (hereinafter, "Debtor(s)"), is/are, upon information and belief, adult individual(s) whose last-known address is 1948 South 65th Street , Philadelphia, PA 19142.

3.  On June 30, 2017, Charles Robert Cooper a/k/a Charles R. Cooper, Sr., executed and delivered a Note in the principal sum of $147,000.00 to Velocity Commercial Capital, LLC.  A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4.  As security for the repayment of the Note, Charles Robert Cooper a/k/a Charles R. Cooper, Sr., executed and delivered a Mortgage to Velocity Commercial Capital, LLC, a California Limited Liability Company.  The Mortgage was duly recorded in the Office of the Recorder of Deeds in and for Philadelphia County on July 10, 2017 as Instrument 53235029.  A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5.  The Mortgage encumbers Debtor's real property located at 1948 South 65th Street , Philadelphia, PA 19142.

6.  By assignment of mortgage, the loan was ultimately assigned to  U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2.  A true and correct copy of the assignment is attached as Exhibit "C" and is hereby incorporated by reference.

7. Debtor(s) filed the instant Chapter 13 Bankruptcy on March 23, 2023 and, as a result, any state court proceedings were stayed.

8. It is believed and therefore averred that Debtor(s) filed the instant bankruptcy as an additional delay in order to prevent Movant from proceeding with the state court proceedings or otherwise institute proceedings as allowed under the Mortgage.

9. Debtor's mortgage loan is in default and is currently due for the April 1, 2024 payment and each subsequent payment through the date of the motion.  Debtor(s) has/have failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

| | |
|---|---|
| Monthly Payments in Default........................ | 04/01/2024 to  07/01/2024 |
| Monthly payments ($3,466.80 x 4) | $13,867.20 |
| Monthly Payments in Default........................ | 08/01/2024 to 01/01/2025 |
| Monthly payments ($3,493.09 x 6) | $20,958.54 |
| Monthly Payments in Default........................ | 02/01/2025 to 07/01/2025 |
| Monthly payments ($3,143.19 x 6) | $18,859.14 |
| Monthly Payments in Default........................ | 08/01/2025 to 01/01/2026 |
| Monthly payments ($3,118.81 x 6) | $18,712.86 |
| Monthly Payments in Default........................ | 02/01/2026 to 05/01/2026 |
| Monthly payments ($2,757.37 x 4) | $11,029.48 |
| Suspense Balance:........................ | ($900.33) |
| Total Amounts Due as of May 31, 2026: | $82,526.89 |

10. In addition, Movant has incurred counsel fees and costs in association with Debtor's default and this motion.

11. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

12. Further, the Debtor's Schedule D indicates a valuation of the property in the amount of $152,200.00, with Movant's first lien against the property in the amount of $244,312.98. Accordingly, there is no equity in the Property and the property is not necessary for an effective reorganization.  A copy of the Debtor's Schedule D is attached as Exhibit "D" and incorporated herein by reference.

13. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

14. Movant requests that the stay of Bankruptcy Rule 4001(a)(4) be waived.

WHEREFORE, Movant, U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(4).

Respectfully Submitted:

Stern & Eisenberg, PC


By: /s/ Daniel P. Jones
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: June 18, 2026                                    Email: djones@sterneisenberg.com