## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>    CHARLES R COOPER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR VELOCITY<br>COMMERCIAL CAPITAL LOAN TRUST<br>2017-2<br>        Movant<br>v.<br>CHARLES R COOPER<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-10830-djb |

## ORDER

AND NOW, this _____ day of _____ , 2026, upon the motion of U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2 (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  1948 SOUTH 65TH STREET , PHILADELPHIA, PA 19142.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: July 22, 2026