United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10830-djb

Charles R Cooper                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID**          **Recipient Name and Address**
db           + Charles R Cooper, 8114 Cobden Road, Laverock, PA 19038-7131

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

**Name**          **Email Address**

ANDREW L. SPIVACK

      on behalf of Creditor American Express National Bank c/o Beckett and Lee LLP andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRAD J. SADEK

      on behalf of Debtor Charles R Cooper brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

BRANDON J PERLOFF

      on behalf of Creditor Wells Fargo Bank  N.A. brandon.perloff@brockandscott.com, wbecf@brockandscott.com

CORINNE SAMLER BRENNAN

      on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

DANIEL P. JONES

      on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2017-2 djones@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0313-2                          User: admin                                      Page 2 of 2

Date Rcvd: Jul 22, 2026                     Form ID: pdf900                              Total Noticed: 1

KENNETH E. WEST

      ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI

      on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

MARIO J. HANYON

      on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

      on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND

      on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

STEVEN K. EISENBERG

      on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2017-2
      seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    CHARLES R. COOPER<br>        Debtor(s)<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR VELOCITY<br>COMMERCIAL CAPITAL LOAN TRUST<br>2017-2<br>        Movant<br>v.<br>CHARLES R. COOPER<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-10830-djb |

**ORDER**

AND NOW, this _____ day of _____ , 2026, upon the motion of U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2 (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  7288 WOODLAND AVENUE, PHILADELPHIA, PA 19142.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKR 4001(a)(3) is hereby waived.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: July 22, 2026