**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **CHARLES R COOPER,** | : | **Bankruptcy No. 23-10830-djb** |
| **Debtor** | : | **Chapter 13** |
| **Wells Fargo Bank, N.A.** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **CHARLES R COOPER** | : | **11 U.S.C. §362 and §1301** |
| **KAIMA M. TAYLOR** | | |
| | | |
| **and** | | |
| **KENNETH E WEST, ESQUIRE (TRUSTEE)** | | |
| | | |
| **Respondent(s)** | : | |

**CERTIFICATION OF NO ANSWER REGARDING WELLS FARGO BANK, N.A.'S
MOTION FOR RELIEF FROM STAY (DE 155)**

The undersigned hereby certifies that, as of July 31, 2026, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before July 30, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  July 31, 2026                    Respectfully submitted,

Brock & Scott, PLLC

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: | : |
| **CHARLES R COOPER,** | : **Bankruptcy No. 23-10830-djb** |
| **Debtor** | : **Chapter 13** |
| **Wells Fargo Bank, N.A.** | : |
| **Movant** | : |
| | : |
| **v.** | : |
| **CHARLES R COOPER** | : **11 U.S.C. §362 and §1301** |
| **KAIMA M. TAYLOR** | |
| | |
| **and** | |
| **KENNETH E WEST, ESQUIRE (TRUSTEE)** | |
| | |
| **Respondent(s)** | : |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on July 31, 2026 to the following:

CHARLES R COOPER
8114 COBDEN ROAD
LAVEROCK, PA 19038

BRAD J. SADEK, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


KAIMA M. TAYLOR, Co-Debtor
342 WHEATSHEAF DRIVE
NEW CASTLE, DE 19702

KENNETH E WEST, Bankruptcy Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320

Philadelphia, PA 19107

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com